IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TODD PEARSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.    08 C 1754 |
| | ) | |
| WORLD FINANCIAL NETWORK | ) | Judge Gettleman |
| NATIONAL BANK, | ) | |
| | ) | Magistrate Judge Cox |
| Defendant. | ) | |
| | ) | |
| | ) | |
| WORLD FINANCIAL NETWORK | ) | |
| NATIONAL BANK, | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LANA KAY MATHIS, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

**<u>NOTICE OF FILING</u>**

To:    Larry P. Smith, Esq.
Larry P. Smith & Associates, Ltd.
205 N. Michigan Avenue, Suite 4000
Chicago, IL 60601
lsmith@lpsmithlaw.com

PLEASE TAKE NOTICE that on July 18, 2008 we filed with the Clerk of the above Court, Affidavit of Special Process Server, a copy of which is hereby served upon you.

Respectfully submitted,

/s/ Marshall L. Blankenship
One of the attorneys for defendant, World Financial Network National Bank

James D. Adducci
Marshall L. Blankenship
Adducci, Dorf, Lehner, Mitchell
  & Blankenship, P.C.
150 North Michigan Avenue
Suite 2130
Chicago, Illinois 60601
312/781-2800

## IN THE CIRCUIT COURT OF NORTHERN DISTRICT OF ILLINOIS

Todd Pearson |

                        Plaintiff(s)         |   Court No.: 08 C 1754

VS. |

World Financial Network National Bank, et al., |

                       Defendant(s)         |

### AFFIDAVIT OF SPECIAL PROCESS SERVER

<u>Brandon  Paris</u> , being first duly sworn on oath, deposes and says that he/she was appointed by the court to serve process in the above mentioned cause and/or is a special appointed process server, a licensed private investigator, and/or an employee/agent of Excel Investigations, Department of Professional Regulation number 117-000898.

Type of Process:  <u>Third Party Summons and Complaint</u>

Defendant to be served:  <u>Lana Kay  Mathis</u>

**SERVED** the within named defendant on:  <u>6/2/2008 @ 5:45 PM</u>

ADDRESS WHERE ATTEMPTED OR SERVED:  <u>111 S. Walnut St.</u>
<u>Palatine, IL, 60067</u>
THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**Age** <u>40</u> **Gender** <u>Female</u>  **Race** <u>Caucasian</u>  **Height** <u>5-3</u>  **Weight** <u>126-150</u>  **Hair** <u>Brown</u>  **Glasses** <u>Yes</u>

✓ **SUBSTITUTE SERVICE** by leaving a copy of this process at his/her usual place of abode with: <u>amy  fulks</u>, (Relationship): <u>Roommate</u> , a person residing therein who is the age of 13 years or upwards confirmed the defendant resides at the above address and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on <u>6/3/2008.</u>

Additional Comments:

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

Subscribed and sworn before me on this <u>3</u> day of
<u>June</u> ,2008

Notary Public

Signature of Process Server

OFFICIAL SEAL
MICHAEL MORIARTY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/16/11

Job ID:  428969

AO 441 (Rev. 9/00) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

PLAINTIFF

TODD PEARSON

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

WORLD FINANCIAL NETWORK
NATIONAL BANK

CASE NUMBER: 08 C 1754

ASSIGNED JUDGE: Gettleman

V. THIRD PARTY DEFENDANT

LANA KAY MATHIS

DESIGNATED
MAGISTRATE JUDGE: Cox

To: Name and address of Third Party Defendant

Lana Kay Mathis
111 S. Walnut St.
Palatine, IL 60067

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Larry P. Smith
Larry P. Smith & Associates, Ltd
205 N. Michigan Ave., Suite 4000
Chicago, Illinois, 60601

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY
(name and address)

James D. Adducci
Marshall L. Blankenship
Adducci, Dorf, Lehner, Mitchell & Blankenship
150 N. Michigan Ave., Suite 2130
Chicago, Illinois, 60601

an answer to the third-party complaint which is herewith served upon you within __20__ days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil

Michael W. Dobbins, Clerk

nanding judgment against you ii
ules of Civil Procedure, in which
to the claim of the third-party plai

(By) DEPUTY CLERK

(By) DEPUTY CLERK

**May 30, 2008**

Date

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, one of the attorneys for defendant, certifies that on July 18, 2008, he caused a copy of the foregoing Affidavit of Special Process Server to be served by ECF delivery:

> Larry P. Smith, Esq.
> Larry P. Smith & Associates, Ltd.
> 205 N. Michigan Avenue, Suite 4000
> Chicago, IL  60601
> lsmith@lpsmithlaw.com


/s/ Marshall L. Blankenship