**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Todd Pearson
                                    Plaintiff,

v.                                              Case No.: 1:08−cv−01754
                                                Honorable Robert W. Gettleman

World Financial Network National Bank
                                    Defendant.


**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 28, 2008:

    MINUTE entry before the Honorable Robert W. Gettleman: Status hearing held on 8/28/2008. Enter order of default against third party defendant Lana Kay Mathis. against Discovery ordered closed 2/19/2009. Status hearing set for 2/19/2009 at 09:00 a.m. Mailed notice (gds, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.