UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Todd Pearson
                    Plaintiff,

v.                                             Case No.: 1:08−cv−01754
                                                     Honorable Robert W. Gettleman

World Financial Network National Bank
                    Defendant.


## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Susan E. Cox for the purpose of holding proceedings related to: discovery supervision and settlement.(gds, ) Mailed notice.


Dated: September 4, 2008

                                                                              /s/ Robert W. Gettleman

                                                                          United States District Judge