UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

Todd Pearson
                                        Plaintiff,
v.                                      Case No.: 1:08−cv−01754
                                        Honorable Robert W. Gettleman
World Financial Network National Bank
                                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 9, 2008:

    MINUTE entry before the Honorable Susan E. Cox: Initial status hearing set for
for 9/24/08 at 9:30 a.m. in Courtroom 1342. The parties are to review and to file an initial
status report by 9/22/08. The Order Setting Initial Status Report for Cases Assigned to
Judge Cox is available in chambers or through Judge Cox's web page at
www.ilnd.uscourts.gov. Mailed notice(vkd, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.